UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CASE No. **2:25-cv-12335-BRM-LDW**

**RENE ARIAS**,

    Plaintiff,

vs.

**OMNEX GROUP, INC. D/B/A SHAREMONEY,**

    Defendant(s).

_____/

<u>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**</u>

Plaintiff Rene Arias, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal *without* Prejudice in the above styled action. Defendant Omnex Group, Inc. D/B/A Sharemoney has not filed an answer or motion for summary judgment.

DATED: August 22, 2025

                                          Respectfully Submitted,

                                        /s/ Zane Hedaya            .
                                        **ZANE C. HEDAYA, ESQ.**
                                        New Jersey Bar No.: 492092024
                                        E-mail: zane@jibraellaw.com
                                        The Law Offices of Jibrael S. Hindi
                                        1515 NE 26TH STREET
                                        WILTON MANORS, FL 33305
                                        Phone: (813) 340-8838

                                        *COUNSEL FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 22, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        Respectfully Submitted,

        /s/ Zane Hedaya
        **ZANE C. HEDAYA, ESQ.**
        New Jersey Bar No.: 492092024
        E-mail: zane@jibraellaw.com

SO ORDERED:

*Brian R. Martinotti*
BRIAN R. MARTINOTTI, USDJ
DATED: AUG. 22, 2025